Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JIM EGBERT,

Plaintiff,

v.

ERICK MONTGOMERY,

Defendant.

No. C13-863 RAJ

ORDER OF DISMISSAL

On October 4, 2013, the Court entered an Order to Show Cause (Dkt. #3), ordering Plaintiff to show cause no later than October 11, 2013, why this action should not be dismissed for failing to provide proof of service of the Summons and Complaint upon Defendant pursuant to Fed. R. Civ. P. 4(m), and warning Plaintiff that absent a timely response to the Order to Show Cause, this action would be dismissed without prejudice.

There has been no response to the Court's Order to Show Cause and no proof of service has been filed.

///

///

ORDER OF DISMISSAL – 1

1     NOW, THEREFORE, this matter is DISMISSED without prejudice based on

Plaintiff's failure to prosecute.

    DATED this 17th day of October, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge